**Opinion issued March 24, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00174-CV

———————————

## IMANI BECK, Appellant

## V.

## LYONS VILLAGE, Appellee

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1126845**

---

## MEMORANDUM OPINION

The parties, representing they have reached a mutual settlement agreement, have filed an agreed motion asking this Court to vacate the trial court's judgment, dismiss the appeal, and remand this cause so the underlying suit can be nonsuited with prejudice. No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, without regard to the merits, we **grant** the parties' motion, set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(e); *see also Jester Venture Ltd. v. Nash*, No. 01–06–00512–CV, 2006 WL 2042358, at *1 (Tex. App.–Houston [1st Dist.] July 17, 2006, no pet.) (mem. op.) (vacating trial court's judgment and dismissing case on parties' agreed motion).

All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Landau, and Countiss.

2